

# LaRusso, Conway & Bartling
### ATTORNEYS AT LAW

August 28, 2019

Honorable Judge Henry Pitman
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*Application granted*
*8-28-2019*
*Kathleen H Park*

    Re:    United States v. Andrew Parker
            Criminal Docket No. 19-MAG-7561

Dear Judge Pitman:

    The defendant was arrested and arraigned on August 21, 2019. Bail was set and the defendant was released. The defendant did comply with the Bail Order issued and a suretor has signed the bond and he has posted his home.

    Prior to his arrest he had booked a trip with his wife and four children (ages 3 through 13) to Cancun from August 30 through September 4, 2019. We are respectfully requesting permission for him to travel with his family. The Government has no objection to this request as long as Pretrial Services does not oppose. Pretrial Services Officer Courtney DeFeo has notified us the pretrial takes no position on international travel and defers the decision to the Court. We are requesting that Pretrial Services return the defendant's passport for travel as soon as possible. When the defendant returns from his trip, he will return the passport within seven days.

    Thank you very much for your consideration of this application.

Respectfully submitted,

Joseph R. Conway

cc:    AUSA Sarah Mortazani

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com



# LaRusso, Conway & Bartling

Date:              August 28, 2019

ATTENTION:         Magistrate Judge

Fax No.:           212-805-4060

From:              Joseph R. Conway

No. of Pages (Including Cover Sheet):  3

*Please note, this request is for travel leaving Friday, August 30, 2019.*

*Thank you.*

This facsimile transmission contains confidential and/or legally privileged information from the law firm of LaRusso & Conway, LLP, and is intended only for the use of the individual(s) named on the transmission sheet. If you are the intended recipient, you are hereby notified that any disclosure or distribution, or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you

300 Old Country Road          Telephone (516) 248-3520
Suite 341                     Facsimile (516) 248-3522
Mineola, New York 11501       www.larussoandconway.com