

# LaRusso, Conway & Bartling
### Attorneys at Law

September 12, 2019

Honorable Judge James L. Cott
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Andrew Parker
Criminal Docket No. 19-MAG-7561

Dear Judge Cott:

The defendant was arrested and arraigned on August 21, 2019. Bail was set and the defendant was released. The defendant did comply with the Bail Order issued and a suretor has signed the bond and he has posted his home.

Bail conditions allow for travel within the Eastern and Southern Districts of New York. The defendant would like to take his son to a Giants football game this Sunday in New Jersey. I have been in contact with the Government who takes no position to our request and Pre-trial Services have no objection.

Thank you very much for your consideration of this application.

*Application granted.*
*So Ordered.*

Respectfully submitted,

/s/ Joseph R. Conway
Joseph R. Conway

cc: AUSA Sarah Mortazavi

*James L. Cott*
*USMJ*
*9/12/19*

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com



# LaRusso, Conway & Bartling

Date: 9/12/19

ATTENTION: Honorable James L. Cott

Fax No.: 212-805-4060

From: Joseph R. Conway Esq

No. of Pages (Including Cover Sheet): 2

This facsimile transmission contains confidential and/or legally privileged information from the law firm of LaRusso & Conway, LLP, and is intended only for the use of the individual(s) named on the transmission sheet. If you are the intended recipient, you are hereby notified that any disclosure or distribution, or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange the return of the document(s) to us at no cost to you.

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-352
Facsimile (516) 248-352
www.larussoandconway.co