

# LaRusso, Conway & Bartling
ATTORNEYS AT LAW

October 4, 2019

**<u>Via Facsimile - 212-805-4060</u>**
Honorable Judge Kevin N. Fox
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   United States v. Andrew Parker
           <u>Criminal Docket No. 19-MAG-7561</u>

Dear Judge Fox:

    The defendant was arrested and arraigned on August 21, 2019. Bail was set and the defendant was released. The defendant did comply with the Bail Order issued and a suretor has signed the bond and he has posted his home.

    Bail conditions allow for travel within the Eastern and Southern Districts of New York. We are requesting that Mr. Parker be allowed to travel to Northern New Jersey to allow the defendant to take his son to the Giants football games until the end of the season in February. I have been in contact with the Government who takes no position to our request and Pre-trial Services have no objection.

    Thank you very much for your consideration of this application.

*[Handwritten: 10/4/19 Application granted. Andrew Parker must advise his assigned Pretrial Services Officer prior to any travel to the District of New Jersey. SO ORDERED: /s/ Kevin Nathaniel Fox*
*KEVIN NATHANIEL FOX, U.S.M.J.]*

Respectfully submitted,

/s/ Joseph R. Conway
Joseph R. Conway

cc:   AUSA Sarah Mortazavi

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com



# LaRusso, Conway & Bartling

| | |
|---|---|
| Date: | October 4, 2019 |
| ATTENTION: | Honorable Kevin N. Fox |
| Fax No.: | 212-805-4060 |
| From: | Joseph R. Conway |

No. of Pages (Including Cover Sheet): 2

This facsimile transmission contains confidential and/or legally privileged information from the law firm of LaRusso & Conway, LLP, and is intended only for the use of the individual(s) named on the transmission sheet. If you are the intended recipient, you are hereby notified that any disclosure or distribution, or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange the return of the document(s) to us at no cost to you.

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com


RE: Automatic reply: 19 Mag. 7561 - USA -v- Andrew ParkerBracewell, Mollie (USANYS) to:
Marcos_Quintero@nysd.uscourts.gov 10/04/2019 12:34 PM
Cc: "Mortazavi, Sarah (USANYS)"
From: "Bracewell, Mollie (USANYS)" <Mary.Bracewell@usdoj.gov>
To: "Marcos_Quintero@nysd.uscourts.gov" <Marcos_Quintero@nysd.uscourts.gov>
Cc: "Mortazavi, Sarah (USANYS)" <Sarah.Mortazavi@usdoj.gov>

We do not oppose.

Thanks
Mollie


**Mollie Bracewell**
Assistant United States Attorney
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
212-637-2218
Mbracewell@usa.doj.gov


**From:** Marcos_Quintero@nysd.uscourts.gov <Marcos_Quintero@nysd.uscourts.gov>
**Sent:** Friday, October 4, 2019 12:20 PM
**To:** Bracewell, Mollie (USANYS) <MBracewell@usa.doj.gov>
**Subject:** Re: Automatic reply: 19 Mag. 7561 - USA -v- Andrew Parker

Mollie,

We received a letter requesting modification of bail conditions to allow Mr. Parker to travel to Northern New Jersey. Judge Fox will like to confirm the Government does not oppose. Thank you.

Marcos Quintero
Criminal Docket Clerk/Courtroom Deputy
United States District Court
Southern District of New York
(212) 805-4467
(212) 805-4060 - Fax



| From: | "Mortazavi, Sarah (USANYS)" <Sarah.Mortazavi@usdoj.gov> |
|---|---|
| To: | "Marcos_Quintero@nysd.uscourts.gov" <Marcos_Quintero@nysd.uscourts.gov> |
| Date: | 10/04/2019 11:41 AM |
| Subject: | Automatic reply: 19 Mag. 7561 - USA -v- Andrew Parker |


I am traveling and will have limited access to email. If you require immediate assistance, please contact Mollie Bracewell at 212-637-2218.

Thank you,
Sarah Mortazavi