

# LaRusso, Conway & Bartling
## Attorneys at Law

November 21, 2019

<u>*Via Facsimile - 212-805-4060*</u>
Honorable Judge Sarah Netburn
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    United States v. Andrew Parker
            <u>Criminal Docket No. 19-MAG-7561</u>

Dear Judge Netburn:

    The defendant was arrested and arraigned on August 21, 2019. Bail was set and the defendant was released. The defendant did comply with the Bail Order issued and a suretor has signed the bond and he has posted his home.

    Bail conditions allow for travel within the Eastern and Southern Districts of New York. We are requesting that Mr. Parker be allowed to travel to Cancun, Mexico for Thanksgiving for a family vacation. Mr. Parker will be traveling with his family, brother and parents on Wednesday, November 27th and returning Sunday, December 1st. We respectfully request that Mr. Parker's passport be returned to him for his trip to Mexico. Mr. Parker will return his passport within 48 hours of his return home. I have been in contact with the Government who has no objection to our request and Pre-trial Services takes no position.

    Thank you very much for your consideration of this application.

                                    Respectfully submitted,

                                    Joseph R. Conway

cc:    AUSA Sarah Mortazavi

[Handwritten annotation: "Application granted. Defendant must provide Pretrial with all travel information and surrender passport within 48 hours from return." Signed, 11/21/19]

300 Old Country Road                               Telephone (516) 248-3520
Suite 341                                                      Facsimile (516) 248-3522
Mineola, New York 11501                            www.larussoandconway.com


☑ 001/002



# LaRusso, Conway & Bartling

Date:                          November 21, 2019

ATTENTION:              Honorable Sarah Netburn

Fax No.:                      212-805-4060

From:                          Joseph R. Conway, Esq.

No. of Pages (Including Cover Sheet): 2

This facsimile transmission contains confidential and/or legally privileged information from the law firm of LaRusso & Conway, LLP, and is intended only for the use of the individual(s) named on the transmission sheet. If you are the intended recipient, you are hereby notified that any disclosure or distribution, or the taking of any action in reliance on the contents of this facsimile transmission is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately, so that we can arrange the return of the document(s) to us at no cost to you.

300 Old Country Road
Suite 341
Mineola, New York 11501

Telephone (516) 248-3520
Facsimile (516) 248-3522
www.larussoandconway.com