UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA       :

    - v. -                    :    **MISDEMEANOR INFORMATION**

ANDREW PARKER,                 :    20 Cr.

        Defendant.         :    20 CRIM 258

- - - - - - - - - - - - - - - - - x

COUNT ONE
(Conspiracy to Possess Narcotics)

The United States Attorney charges:

1. In or about April 2019, in the Southern District of New York and elsewhere, ANDREW PARKER, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was a part and an object of the conspiracy that ANDREW PARKER, the defendant, and others known and unknown, would and did possess a controlled substance, in violation of Title 21, United States Code, Section 844(a).

3. The controlled substance that ANDREW PARKER, the defendant, conspired to possess was a quantity of mixtures and substances containing a detectable amount of heroin.

(Title 21, United States Code, Sections 846, 844(a).)

*Geoffrey S. Berman* /s
GEOFFREY S. BERMAN
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANDREW PARKER,

Defendant.

MISDEMEANOR INFORMATION

20 Cr.

(21 U.S.C. §§ 846, 844(a).)

*Geoffrey S. Berman*
Geoffrey S. Berman
United States Attorney