# Exhibit 1

Your honor,

I am very embarrassed to come before you today. I accept responsibility for what I did wrong, and acknowledge that there needs to be consequences for my actions. Many years ago when I was a teenager, I got involved with some bad friends, got arrested, and went to prison. When I got out of prison I resolved that I would straighten my life out. It was important to me to prove to everyone that being a felon does not define me – we as humans are capable of anything. And I like to think that I have done a great job of living this example – in the past 10 years I have went from working a minimum wage $8 an hour telemarketing job, to today I own several businesses that employ over 80 people. My family is the focus on my life – my amazing wife, and our 4 incredible children. My parents, my siblings. And my extended family – all my employees and their families. This is the top priority in my life. Making sure that all those that rely on me are happy, comfortable, living in a good supportive environment. That is my character, that is who I am today.

Which is why I am so ashamed to be here in this position again, over something so foolish. An old "friend" called me asking for help and if I knew anyone who could help him. And incredibly stupidly- I made a phone call for him. I don't use drugs, I don't sell drugs. I didn't get any financial gain from it. An old "friend" asked me for a favor, and without thinking I helped him. I fully understand how ridiculous this sounds and wish I had a better explanation. But that is the truth. And I do not want to understate the seriousness of this crime. Though I think that my role was relatively minor in that all I did was make a couple phone calls to introduce 2 people. I fully accept my responsibility and understand that consequences are required. Already I have experienced such a negative impact from this poor decision. Honestly, there is not really anything that can be done to me worst than having to make the phone call to my wife to tell her I was arrested, and her response. She was so mad and disappointed and made it crystal clear that I will lose her and my children if I am ever arrested again. That same weekend I was arrested I had previously coordinated to secretly fly my parents, brothers, wife and children out to Portland OR to surprise my sister for my niece's 2nd birthday. And that plan got ruined by arrest, and I was not able to travel for it. It hurt me and my family very much to miss this. Besides that particular event, because of the travel restrictions imposed by my bail conditions its made it much more difficult for us to go and visit my sister and her children, which has been very tough because our kids are close together and miss each other. I am ashamed to put my parents through this again, especially now in their older age, dealing with a lot of health issues the last thing they need is additional stress and worry about me going to jail, and worrying about how that will negatively affect my children.

I am the sole financial provider for my household. I live with my wife and our 4 children aged 2, 4, 12 and 15. Caring for our children is a full time job for my wife, and I often joke with her that her job is much more difficult than mine. We live in a house purchased a couple years ago with a large mortgage on it. It would be devastating for my family for me to go to jail. My wife needs my help to care for our children. And without the income from my businesses ( I would have to close them if I go to jail ) we would not be able to afford our mortgage, we would lose our house. Aside from that, my children are my life. They get so sad even when I travel for a day or two for work. I fear that they would forever be emotionally damaged and scarred if I am in prison, thinking I have abandoned them. I am also involved in their sports and extra curricular activities, and they would have to cancel their participation if I am not around to take them. My wife is currently enrolled in college, and would have to drop out of school if I

go to jail. She takes evening classes so I can watch the kids. But if I go to jail she will have no one to watch the kids, and financially would not be able to afford classes. Our 15 year old daughter is enrolled in catholic high school, but would have to change schools if I go to prison and cannot afford tuition.

My parents are also heavily reliant on me. Both of my parents have medical issues, forcing early retirement. My mother in particular is in very poor health and needs help. Their house now does not work for them, she is unable to go up and down the stairs. They need help both physically and financially getting the house ready for sale, and purchasing a new house that is 1 level and closer to me or my siblings so we can help care for them. My 2 brothers both work for my companies, and thus if I have to shut down my companies they would also lose their jobs and the ability to help my parents too.

My businesses have also been significantly impacted by my arrest. In particular by the travel restrictions. My companies do business in all 50 states and to maintain continued growth its important for me to travel to meet with various potential partners and opportunities across the country. And we are active politically in several states as well as on a federal level, helping to shape policy and regulations on small business financing. And a couple of my companies are located outside of NY. I would normally travel on a weekly basis. But because of the geographic restrictions on travel in my bail conditions its been much harder and more arduous to travel and my businesses have suffered because of it. And unfortunately even if I am sentenced to probation I assume the conditions would be similar. Which is why I respectfully ask for as short a sentence as possible, as it has already been hurting my businesses for the past year that I have been on pretrial supervision, and will continue to have a significant negative impact until I am done serving any sentence imposed on me. It has also significantly curtailed our growth – I estimate that had I not been arrested, we would currently employ approximately 20 more people than we do currently. Which in today's COVID economic environment is more important than ever. Though business has suffered significant hardship due to COVID, I have made extreme efforts to keep everyone employed , including taking a large pay cut personally instead of laying people off. My companies provide financing to small businesses across the country – and in today's environment they need the help more than ever. We receive approximately 200 applications a day and fund approximately 250 small businesses a month. We have contributed to the growth and success of many businesses across the nation, creating jobs and economic growth. If I go to prison and have to close my companies, it will hurt so many people, and all those businesses we help will lose a valuable lifeline. Unfortunately I am heavily involved in the day to day operations of my companies and they would not be able to go on if I am in prison, I would have to close them.

I'd also like to point out to your honor all the contributions that I make to my community. I have been blessed with much success and I think its extremely important to give back. I believe that I am living proof that the American dream is real, and that success is achievable to ANYONE that is willing to work hard enough for it. I mentor many other business owners and my employees and coworkers. One of my mottos is that everyone deserves a chance. That was the driver behind starting my company, which provides funding to businesses who cannot obtain working capital from traditional banking sources for various reasons ( poor credit, short time in business, etc ) . All these businesses that have been ignored or neglected by the banks , but I believe they deserve a chance too. Giving back to the community is very important to me and I employ a full time community outreach coordinator who coordinators our charitable giving and volunteering . Helping children has always been a passion of mine too. I own

season tickets to the NY Giants for the past few years and I always donate roughly half of my tickets each year to organizations that take kids from impoverished areas to the football games. ( a supporting letter for this is attached, showing an example of tickets I donated ) I also contribute to St Marys Childrens hospital in queens to do an annual Christmas party for the kids. And I am very active with NYC's Coalition for the Homeless through the year. We donate multiple times a year to help feed homeless men women and children through the year, and sponsor an annual holiday party for homeless children. My children love volunteering and participating at these events too. In more recent times seeing so many families across the country losing their jobs and struggling to make ends meet, I have started supporting various food banks across the country in particularly hard hit or low income areas. I have included some supporting documentation. And my wife's intention once she finishes college is for her to work full time on our charitable endeavors. But none of this would be possible if I go to jail.


I respectfully ask you to consider my limited role, my impact on my family and my employees, and the impact on my community when imposing a sentence on me. I have been on pretrial supervision for the past year and have had no issues or violations. My family and businesses have already been significantly negatively impacted by my actions, and that unfortunately will continue until I complete any sentence imposed. This already has been more than enough hurt to me to ensure that I will never make the same mistake again, there is no chance I will do further criminal actions. That is not my life anymore and I greatly regret getting involved by making a call for my friend. I am a valuable asset to my family and my community and I ask for a lenient sentence, I can do so much more help to others if I am a free man and can move past this mistake. I am a valuable contributor to society. The sooner that I can finish my sentence and move on with my life, the more I can contribute to society, and open doors and help others. Thank you for taking the time to read this and for considering all factors in your decision.


Sincerely,

Andrew Parker