# Exhibit 2



August 28, 2020

The Honorable Magistrate Judge Sarah Netburn
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

                 Re:     Andrew Parker
                          Magistrate judge case number:
                          1:19-mj-07561-UA

Your Honor:

       I am the General Counsel of Last Chance Funding, Inc. and a have been a member of the bar of this Honorable Court since November 9, 1999. I write in support of the above-referenced individual, Mr. Andrew Parker.

       I have had the great pleasure of being the General Counsel of Last Chance Funding, Inc. ("LCF") for the better part of 3 years and during that time have had the opportunity to work side by side with our owner, Mr. Andrew Parker. I have found Andrew to be a remarkable leader and executive. During that time I have marveled at LCF's expansion from approximately 12 employees to almost 50.

       Indeed, this expansion, and much of LCF's success, is attributable to Mr. Parker's stewardship and dedication to both the enterprise and his employees. Because of the vision projected upon LCF by Andrew, LCF is a dynamic and generous company engaged in numerous charitable initiatives. These accomplishments are all the more remarkable given Andrew's prior experiences.

       One encumbrance to LCF's goals and expansion has been the pendency of the instant matter. Andrew has been cautious of scheduling business travel due to his ongoing supervision requirments. While the basis for these restrictions are understood, they have nevertheless curtailed potential business opportunities that LCF may have otherwise explored. As Andrew maintains both familial and business ties to the community, it is respectfully submitted that such travel restrictions should be unnecessary going forward.

       I am hopeful that the foregoing will help assist this Honorable Court in its assessment of Mr. Parker. Of course, should you require any additional information, I remain available to provide same.

Very truly yours,

Adam J. Feldman



Last Chance Funding, Inc.
411 Hempstead Turnpike   West Hempstead, NY 11552
P. 888.499.2939   F. 888-974-8397
www.thelcfgroup.com

Bar Code AF5149

Last Chance Funding, Inc.
411 Hempstead Turnpike   West Hempstead, NY 11552
P. 888.499.2939   F. 888-974-8397
www.thelcfgroup.com