# Exhibit 3



July 27, 2020

Andrew Parker
411 Hempstead Turnpike
West Hempstead, New York 11552

Dear Andrew,

I am writing to say *Thank You* and to express our appreciation for your contribution of $2,000.00 Since the outbreak of the COVID-19 virus in March, Island Harvest Food Bank has been at the forefront in helping almost 145,000 Long Island families who are struggling to put food on their tables.

So many of those we have helped have shared personal stories with us, and most of all they have shared their gratitude that we are there for them when they need us most. Their *Thank You* to us is really a *Thank You* to special friends such as you who make our work possible.

On behalf of the veterans who served our country, but depend upon Island Harvest to serve their next meal, we say, *Thank You*. And, from the homebound seniors who can't get to the supermarket, or are afraid to step outside for fear of getting sick, *Thank You*.

From the children who were receiving breakfast and lunch at school until the pandemic began, *Thank You* for helping us to provide nutritious meals at school distributions across Long Island. We believe no child, and no family on Long Island, should know hunger during this crisis, or ever.

In recent weeks, Island Harvest's Emergency Response efforts have included some of the largest food distributions in Long Island history. From the more than 11,600 families who waited on line—in cars, or on foot, to receive much needed food from us at malls in Massapequa and Bay Shore, and at the Nassau Coliseum, *Thank You* for helping us to help them.

We have been making a difference for almost thirty years because of friends like you who care about their neighbors. For believing in us, I say, *Thank You*.

Sincerely,

Thank you So much

Randi Shubin Dresner
President & CEO

To comply with IRS regulations for income tax deductibility, please retain a copy of this letter for your tax files. No goods or services have been provided to you by our organization in consideration for your having made this gift.

A copy of our latest annual report can be obtained from the Charities Bureau, located at 120 Broadway, New York, NY 10271. A copy of Island Harvest's most recent financial report is available on our website at www.islandharvest.org, or through the New York State Office of the Attorney General at www.charitiesnys.com or 212-416-8401.

15 Grumman Road West • Suite 1450 • Bethpage, New York 11714 • (516) 294-8528
40 Marcus Boulevard • Hauppauge, New York 11788 • (631) 873-4775
www.islandharvest.org

MEMBER OF FEEDING AMERICA



COMMUNITY
FOOD BANK
OF SOUTHERN ARIZONA

3003 S. Country Club Rd
Tucson, AZ 85713
Phone (520) 622-0525

July 28, 2020

Andrew Parker
411 Hempstead Turnpike
West Hempstead NY 11552

*You are feeding people today and creating a healthy, hunger-free tomorrow!*

Dear Andrew,

In this time of unprecedented need, our community needed someone to step up and help. You answered the call. You gave them more than the help they needed – you've given them hope.

With this gift to the Community Food Bank of Southern Arizona, you've brought us all one step closer to a healthy, hunger-free community. *Thank you!*

Your gift makes a difference. In the month of May, alone, we distributed more than sixty-three thousand pounds of milk, yogurt, cheese, and butter. Because of your support, we're able to distribute over 1,500 boxes of produce each week. These healthy staples mean mealtimes are a time to connect instead of worry. With support like yours, we're doing even more than that by running virtual gardening workshops on how to grow food in the desert and getting the supplies to start those gardens to families.

Thank you for your incredible support. Our community is a better place to live because of you.

Sincerely,

Michael McDonald
Chief Executive Officer

Thank you! :)

***Gift Received: 7/22/2020 Gift Amount: $2,000.00 Pymt Info: American Express Ref#: 1938285***

*No goods or services were exchanged for this gift. The Community Food Bank is a 501(C)(3) Tax Exempt Organization. Gifts may be tax-deductible to the fullest extent allowed by current law. Consult a tax advisor for details. Federal Employer I.D. # 51-0192519 State Employer I.D. # 10163750-E CFB is a Qualifying Arizona Charity and a portion of your donation may qualify as a tax credit on Arizona income tax returns.*

Andrew - thank you for this - we truly appreciate it!



United Way
of New York City

January 9, 2020

Andy Parker
P. O. Box 728
Valley Stream, NY 11582

Dear Andy:

Thank you for your generous donation of 5 football ticket(s) (301, 8, 1- 5) and 1 parking pass(es) to the Giants vs Eagles game on 12/29/2019 valued at $530.00. Your contribution supports the United Way of New York City/New York Giants 'Touchdown for Teens' Charitable Ticket Program 2019.

United Way of New York City makes tickets available to partner agencies with programs and initiatives focused on education, financial stability and health – the building blocks for a good life and the path to self-sufficiency. Each ticket donation provided the opportunity for a child to attend a New York Giants football game accompanied by a chaperone. This is truly a unique experience for these children as many of them have never been to a professional football game.

Please accept this letter as written acknowledgment of your charitable contribution. United Way of New York is a 501(c) 3 organization. Our federal tax ID number is 13-2617681. We acknowledge that United Way of New York City provided no goods or services as whole or partial consideration for your contribution. Should you have any questions, you may contact Arielle Sauer, asauer@uwnyc.org or 212-251-4053.

Sincerely,

M. Matheson

Michelle Matheson
Vice President, Experiential Marketing

you are strictly prohibited from using, copying, altering, or disclosing the contents of this message. LCF Group. accepts no responsibility for loss or damage arising from the use of the information transmitted by this email including damage from computer viruses.

---------- Forwarded message ---------
From: **Shirley Schofield, Food Bank of North Alabama** <communityrelations@fbofna.org>
Date: Wed, Jul 22, 2020 at 11:10 AM
Subject: Thank you for your contribution to FOOD BANK OF NORTH ALABAMA
To: <mdobis@thelcfgroup.com>

# FOOD BANK OF NORTH ALABAMA

JULY 22, 2020 www.foodbanknorthal.org  

## Thank You

Thank you so much for your donation to the Food Bank of North Alabama! Your gift not only helps feed the increasing number of children and families without enough to eat - it also supports the proactive ways we work to end hunger by connecting local farmers to new markets and creating greater access to healthy food choices for all residents.

With every one dollar given, you have provided nearly five meals.

Thank you so much for your dedication to our community - together we will solve hunger in North Alabama!

Warm Regards,

Shirley Schofield

Executive Director

Your generous donation to **FOOD BANK OF NORTH ALABAMA** is processed by Network for Good. Depending on your method of payment, your credit card or PayPal statement will show 'Network for Good' or the charity to which you donated. This receipt certifies that you have made this donation as a charitable contribution and that you are not receiving any goods or services in return. Your donation is tax deductible to the extent allowed by law.

You may save or print this receipt for your financial records. It may be useful to you when completing your tax return.

## Receipt

**Name**: Andrew Parker
**Address**: 411 Hempstead Turnpike
**City**: West Hempstead
**State/Province/Region**: NY
**ZIP/Postal Code**: 11552
**Country**: United States
**Email**: mdobis@thelcfgroup.com
**Phone**: 888-499-2939

**Method of Payment**: CreditCard
**Name on Credit Card**: Andrew Parker
**Credit Card Last 4 Digits**: 3000
**Amount**: $2,000.00
**Total Billed to Your Credit Card**: $2,000.00

**Tax-Deductible Amount**: $2,000.00 (If a thank you gift or ticket item was selected during the checkout process, its fair market value is not included in this tax-deductible total.)
**Date**: 07/22/2020
**Time**: 11:10 AM EST
**Transaction #**: 1295104726

**Authorization**: Approved
**Authorization Code**: 264469

---

**Nonprofit Organization**: Food Bank of North Alabama
**Address**: PO Box 18607 Huntsville AL 35804
**Designation**:
**Subscribe to receive our newsletter**: Yes

If you made a recurring donation you can always edit or update your information by logging in through the donation page. To log in click the recurring donor log in button at the top of the donation page and use your email address and the password you created when you made your first recurring donation.

The information in the email is private and only used for the purposes of processing your donation. For more on Network for Good's privacy and security policies and other disclosures, please visit (www1.networkforgood.org/privacy) and (www1.networkforgood.org/solicitationdisclosure).

**Questions?**
Please contact Network for Good via email at support@networkforgood.org or by phone at (888) 284-7978.

Sincerely,

**Your Network for Good Team**

Network for Good. | Contact Us

--
Andy Parker

---------- Forwarded message ---------
From: **Mid-Ohio Foodbank** <noreply@charityengine.net>
Date: Wed, Jul 22, 2020 at 11:07 AM
Subject: Thank you for your support
To: <mdobis@thelcfgroup.com>

Dear Andrew,

Thank you for your contribution of $2,000.00 to Mid-Ohio Foodbank received on 07/22/2020.

Here is your official receipt:

**Your Information**
Name: Andrew Parker
Address: 411 Hempstead Turnpike
West Hempstead, NY 11552
US
Email: mdobis@thelcfgroup.com
Phone: 8884992939

**Gift Information**
Payment ID: 62684423
Payment Date: 7/22/2020 11:08:00 AM EST
Donation Amount: $2,000.00

<!--$$$DYNAMIC-CONTENT-LOGIC-FIELD(isTributeControl>0)[

**Acknowledgee Information**

Name:

Email:

Summary:

Message:

](isTributeControl>0)END-DYNAMIC-CONTENT-LOGIC-FIELD$$$-->

**Mid-Ohio Foodbank**
3960 Brookham Dr,
Grove City, OH 43123

Phone: (614) 277-3663
https://www.midohiofoodbank.org/

--

Andy Parker

**The LCF Group**
917-633-4821 direct
888-499-0539 fax
aparker@thelcfgroup.com
www.thelcfgroup.com

**NOTICE: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.**

---------- Forwarded message ---------
From: <webdonation@islandharvest.org>
Date: Wed, Jul 22, 2020 at 11:02 AM
Subject: Thank you Andrew for your contribution
To: <mdobis@thelcfgroup.com>

*Transaction Date:*

We at Island Harvest are deeply grateful for your generosity. Together we will end hu and reduce food waste on Long Island.

Please note that we will mail you a formal letter acknowledging your contribution.

Contact Information

| | |
|---|---|
| First Name | **Andrew** |
| Last Name | **Parker** |
| Company Name | |
| Address | **411 Hempstead Turnpike** |
| Address 2 | |
| City | **West Hempstead** |
| State/Province | **New York** |
| Zip/Postal Code | **11552** |
| Primary Phone Number | **888-499-2939** |
| Cell Phone | |
| Work Phone | |
| Email | **mdobis@thelcfgroup.com** |

Items selected for Andrew Parker

| Item Description | Quantity | Amount |
|---|---|---|
| Donation | 1 | $2,000.00 |

*Items Count : 1* *Total : $2,000.00*

Details for Andrew Parker

Item: Donation

Amount: $2000.00

--

Andy Parker

**The LCF Group**
917-633-4821 direct
888-499-0539 fax
aparker@thelcfgroup.com
www.thelcfgroup.com

**NOTICE: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.**

---------- Forwarded message ---------
From: **Community Food Bank of Southern Arizona** <info@20146.classy-mail.org>
Date: Wed, Jul 22, 2020 at 10:57 AM
Subject: Thank You - Donation Receipt
To: Andrew Parker <mdobis@thelcfgroup.com>

You're the best!

## Thank You, Andrew Your Donation Helps.

You are helping meet critical needs today in a meaningful way, and you are leading the way to a healthy, hunger-free future for our community.

You have donated

**$2,000.00**

to

## Community Food Bank of Southern Arizona

| | |
|---|---|
| Charged Amount | $2,000.00 |
| Donation Date | 07/22/2020 |
| Donation Number | 33281965 |
| Designation | General Funds Project |

Cell Phone

888-499-2939

Your official receipt is attached to this email



Manage Your Donation
Login or create an account
Questions?
Click here to visit our support center.
Community Food Bank of Southern Arizona
Tucson, Arizona 85713
POWERED BY Classy

---

--
Andy Parker

LCF

**The LCF Group**
917-633-4821 direct
888-499-0539 fax
aparker@thelcfgroup.com
www.thelcfgroup.com

**NOTICE: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.**

# Official Donation Receipt

For Income Tax Purposes

COMMUNITY
FOOD BANK
OF SOUTHERN ARIZONA

CAMPAIGN CONTACT EMAIL

donations@communityfoodbank.org

| | |
|---|---|
| RECEIPT NUMBER (OID) | 33281965 |
| ORGANIZATION NAME | Community Food Bank of Southern Arizona |
| ORGANIZATION ADDRESS | Tucson, Arizona 85713 |
| FEDERAL TAX ID | 51-0192519 |

| | |
|---|---|
| DATE DONATION RECEIVED | Jul 22, 2020 |
| RECEIPT ISSUE DATE | 07/22/2020 |
| DONATED BY | Andrew Parker |
| DONOR ADDRESS | 411 Hempstead Turnpike<br>West Hempstead, NY 11552 |

| | |
|---|---|
| AMOUNT | $2,000.00 |
| DONATION TYPE | One-Time |
| LOCATION RECEIPT ISSUED | Tucson, Arizona 85713 |
| AUTHORIZED SIGNATURE | Michael McDonald, President and CEO |

TAX DEDUCTIBILITY

No goods or services were exchanged for this gift. The Community Food Bank is a 501(C)(3) Tax Exempt Organization. Your gifts may be tax deductible to the fullest extent allowed by current law. Federal Employer I.D. # 51-0192519. State Employer I.D. # 10163750-E. The Community Food Bank of Southern Arizona is a Qualifying Arizona Charity (#20488) and therefore a portion of your donation may qualify as a tax credit on Arizona income tax returns. Consult a tax advisor for details.

POWERED BY Classy

---------- Forwarded message ---------
From: **Roadrunner Food Bank of New Mexico** <donations@rrfb.org>
Date: Wed, Jul 22, 2020 at 12:09 PM
Subject: Receipt
To: <mdobis@thelcfgroup.com>

# Thank You!

**Your card ending in 3000 was successfully charged $2,000.00.**

---

## Details

| | |
|---|---|
| Total: | $2,000.00 (USD) |
| From: | Andrew Parker (mdobis@thelcfgroup.com) |
| Date: | Jul 22, 2020 10:07:19 AM |
| Campaign: | your-campaign-page |
| Billing Address: | 411 Hempstead Turnpike, West Hempstead NY, 11552 |
| Reference: | 811F1D90-A004-47EC-9BF2-B246B8308DA0 |
| Frequency: | |

---

Your gift helps feed New Mexicans in need. We simply couldn't do what we do without your support. Thank you for your donation! Thank you for helping solve hunger! If you are interested in becoming a recurring/monthly donor, please contact our staff. If you already have a monthly/recurring gift set up and need to update or change your credit card information, please also contact us. Our staff is available M-F from 8 am to 5 pm by calling 505.349.8909. No goods or services were provided by Roadrunner Food Bank in consideration, in whole or in part, for the contribution indicated this email. Roadrunner Food Bank's Tax ID is 85-0278525.

---------- Forwarded message ---------
From: **Roadrunner Food Bank of New Mexico** <donations@rrfb.org>
Date: Wed, Jul 22, 2020 at 12:09 PM
Subject: Receipt
To: <mdobis@thelcfgroup.com>

# Thank You!

**Your card ending in 3000 was successfully charged $2,000.00.**

---

## Details

| | |
|---|---|
| Total: | $2,000.00 (USD) |
| From: | Andrew Parker (mdobis@thelcfgroup.com) |
| Date: | Jul 22, 2020 10:07:19 AM |
| Campaign: | your-campaign-page |
| Billing Address: | 411 Hempstead Turnpike, West Hempstead NY, 11552 |
| Reference: | 811F1D90-A004-47EC-9BF2-B246B8308DA0 |
| Frequency: | |

---

Your gift helps feed New Mexicans in need. We simply couldn't do what we do without your support. Thank you for your donation! Thank you for helping solve hunger! If you are interested in becoming a recurring/monthly donor, please contact our staff. If you already have a monthly/recurring gift set up and need to update or change your credit card information, please also contact us. Our staff is available M-F from 8 am to 5 pm by calling 505.349.8909. No goods or services were provided by Roadrunner Food Bank in consideration, in whole or in part, for the contribution indicated this email. Roadrunner Food Bank's Tax ID is 85-0278525.

---------- Forwarded message ---------
From: **Marc Suntup** <Marc@islandharvest.org>
Date: Wed, Jul 22, 2020 at 1:25 PM
Subject: Thanks
To: mdobis@thelcfgroup.com <mdobis@thelcfgroup.com>

Andrew,

Thank you so much for your generous gift during this unprecedented time. It means so much to us and to those who depend upon us as they struggle to put food on their tables.

You will receive a letter recognizing your contribution, but I wanted to respond to let you know your belief in Island Harvest is greatly appreciated. Stay safe and stay well.

Regards,

Marc

**Marc D. Suntup**

Vice President of Development

Tel: (631)873.4775 X 223, Cell: (516) 455.1737

Fax: (631)873.4784

40 Marcus Blvd, Hauppauge, NY 11788

15 Grumman Rd West- Suite 1450 Bethpage, NY 11714

marc@islandharvest.org

www.islandharvest.org

---------- Forwarded message ---------
From: **Dave Giffen - Coalition for the Homeless** <coalition@cfthomeless.org>
Date: Mon, Aug 24, 2020 at 10:14 AM
Subject: Thank you for supporting Coalition for the Homeless
To: mdobis@thelcfgroup.com <mdobis@thelcfgroup.com>

coalition for the homeless

Dear The LCF Group,

Thank you so much for your generous gift of $5,000.00 to the Coalition for the Homeless.

During this terrible crisis, with so many people in such dire need, your generosity is truly appreciated. Thanks to you, the Coalition can continue its essential work to help and protect the most vulnerable New Yorkers throughout this catastrophe.

Tonight, more than 59,000 people – including 20,000 kids – will sleep in NYC homeless shelters, with thousands more on the streets. Your support allows us to continue to work around the clock to protect the health and wellbeing of those most at risk.

On behalf of all of us at the Coalition, thank you again for everything you do for homeless New Yorkers. And please, stay safe.
Wishing you the best,

Dave Giffen
Executive Director

*In accordance with IRS regulations, and for your benefit, the Coalition for the Homeless states that we provided no goods or services to you in exchange for this contribution. If your company has a matching gift program please check to see if your contribution to the Coalition can be multiplied!

--
Andy Parker

**The LCF Group**
917-633-4821 direct
888-499-0539 fax
aparker@thelcfgroup.com

