# Exhibit 4

Dear Judge Netburn,

I write to you in support of my husband Andrew Parker. I have known Andrew since 2010 and we married in 2014. He is the love of my life and so supportive to me, and our family. I know that he had a checkered past when I met him, but I have zero tolerance for any criminal behavior and he knows that he will lose me and his family if he goes to prison again. Which is why I know this is so out of character for him. Between the time he spends at work and the time he spends with his family he does not have any time to be a criminal! I do believe that one of his old friends asked him to make a call for him, he made a couple calls for him, and that was it. Without thinking he would help anyone who asked him for help. But I made sure he understands to NEVER do this again, I will kill him if he talks to any of his old friends again. And we discussed it, that if an old friend needed help there are ways to help, help him get a job, etc. I know that he understands the stupidity of his actions and is very regretful for it and will never make that mistake again.

Andrew is a great man. Before all else he is a great father and a great husband. He works very hard to provide for us. I have 2 children from a prior relationship that live with us, and Andrew raises them as his own kids. He provides all financial support for them, including sending the oldest to private Catholic high school. Andrew is involved in the older kid's sports and after school activities and helps them in school, which is especially helpful when I am going to school too and have my own homework to do. Luckily, Andrew is there to help them with their homework. And Andrew and I have 2 young kids together, aged 2 and 4. From the moment he walks in the door he is inseparable from the kids, they follow him everywhere around the house closer than a shadow. The restricted travel has hurt relations between our kids and their cousins because we cannot travel often to visit his sister and nieces. They are a handful but we are very fortunate that I am able to stay home to raise them because of Andrew's hard work. I also go to school part time so I can finish getting my degree. None of that would be possible if not for Andrew's hard work and success of his companies.

Andrew's poor decision to make that phone call has already caused a lot of bad consequences. He missed one of his family's most important get togethers in recent history because of his arrest. And family being so important to him, he was really upset about that. We have not been able to travel to see my family in Mexico as often as we normally would because of the travel restrictions on his bail conditions. And he has said many times how it's really holding back his companies that he cannot travel freely. The restricted travel has been hard on our kids and their cousins because we cannot travel often to visit his sister and niece and nephew in Portland, and they are the same age as our young children and very close together. He has been on bail for the past year and I think that being on probation would be the same. I implore you to please impose a minimal sentence so the hardship on our family and his companies does not continue for much longer.

This has also been very hard on Andrews parents. They have a lot of health problems and really rely on Andrew and I know they are very stressed out about the outcome of this. If Andrew goes to jail, I don't know what they would do. Not to mention me and the children. Without Andrew we cannot afford the mortgage, or car payment, or even food for 4 kids is not cheap! And I was recently diagnosed with a mass on my thyroid. It has been very difficult times. And made worse by Covid, its been a struggle to get doctors appointments. My family has a history of thyroid cancer, so I am very worried. And if something happens to me, I need Andrew to take care

of our kids. We have not said anything to any of the kids yet until I get more news from the doctors.

Andrew is a great role model too. He has a very inspiring success story. But he is humble. He is always encouraging others to work hard, and they can accomplish the same as him. Anyone who asks him for advice or help, he is happy to give it. As he got successful, he got involved in many charitable efforts. And he always gets our kids involved too whenever possible. To show them the value of volunteering and helping others. And how important it is to give back when you are blessed with success.

I apologize if there are any grammar errors in my letter English is not my first language. And I am very nervous too for what will happen to Andrew. So many people need him and count on him. Our family, all his employee's families. Please have mercy on my husband. Yes, he made a mistake in helping his friend and making a phone call. And he is paying the price for it. But we are more than our mistakes. Andrew is a good man, a good husband, and a good father. Please think of this when you decide on a sentence.

Sincerely,

Maria Parker