# Exhibit 5

Dear Judge Netburn,

It's easy to focus on what my son Andrew has done wrong in his life, but I hope it won't blind the court to all the things that he does well in his life. Andrew's businesses employ an ever-growing number of people, including Andrew's two younger brothers. Even during this pandemic, Andrew has worked very long hours trying to keep his business and his employees financially stable. Andrew takes his team-playing abilities to sports and encourages a number of people to participate in heart healthy activities.

Mostly, however, Andrew is a family man. Andrew has been involved in his two step-children's lives since they started school. Now, the oldest is a teenager in high school and the other is a pre-teen middle schooler. I have seen the impact he has had on their lives and how they look up to him, in spite of how typically "cool" they are becoming. His two youngest toddler daughters simply adore him. Andrew spends as much time with the four of them as he can and loves going outside with them. I love to see how the kids light up when Andrew walks into the room.

Andrew and his family visit us frequently in Connecticut. As our health issues ramp up with age, Andrew takes on a greater role helping us with household chores we just can't easily manage anymore. His visits bring an immeasurable amount of joy to our lives.  And he, his wife and children have been a huge help with household chores and upkeep when they come and visit. Both my husband and I are struggling with mounting health issues pushing us into early retirement. Our home needs numerous repairs and updating before we can put it on the market but we badly need to move to a single story home. With my medical conditions it is very difficult and painful going up and down stairs. We are counting on Andrew's financial support for this so we will be able to sell our home and move closer to our children for assistance.  My vision is deteriorating and it is likely I may be unable to drive in the near future. Without Andrew's support I don't know what we would do.

Andrew also has a sister in Portland, Oregon with two very young children. Although Facetime is great, I have been very touched by how often Andrew tries to get out west to see them, with and without his family. It is our greatest joy seeing how close our children and their children remain with each other.

Andrew has a very busy, full life that involves a great deal of traveling. I hope the court's decision keeps in mind the way Andrew so positively impacts so many people. Please don't constrain his huge heart.

Sincerely,

Andrew's Parents

Jann and Donald Parker