*LARUSSO, CONWAY & BARTLING, LLP*

Attorneys at Law
300 Old Country Road, Suite 341
Mineola, New York 11501
Telephone No. (516) 248-3520
Facsimile No. (516) 248-3522

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

November 18, 2020

*Electronically Filed*
Honorable Judge Sarah Netburn
United State Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   United States v. Andrew Parker
      Criminal Docket No. 20-CR-258(SN)

Dear Judge Netburn:

On September 14, 2020 this Court sentenced Mr. Parker on his misdemeanor conviction to 2 years of Probation. A condition of Probation was that Mr. Parker serve the first six months on home confinement.

We are requesting that Mr. Parker be allowed to travel with his wife and children to Cancun, Mexico from Wednesday, November 25 through Sunday, November 29, 2020. Mr. Parker's wife is of Mexican decent and her family lives in Mexico. They are making this request to spend the Thanksgiving holiday with her family. Ms. Parker's grandfather is ill and cannot travel. The final itinerary will be given to Pre-trial once the flight arrangements have been made. I have been in contact regarding our request and both the Government and Pre-trial Services take no position.

Thank you very much for your consideration of this application.

Respectfully submitted,

---

The travel request is DENIED. Defendant is currently serving a term of home detention that does not expire until March 27, 2021. Defendant has not presented any exceptional circumstances to justify travel at this time.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

November 19, 2020
New York, New York